UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

MATTHEW TUCKER,

        Plaintiff,

v.

CHIEF JUDGE MCKEE,

        Defendant.

Civil Action No.: 15-1376 (CCC)

**MEMORANDUM AND ORDER**

This matter having come before the Court on Plaintiff's filing of a Complaint asserting claims pursuant to 42 U.S.C. § 1983. Plaintiff has initiated numerous actions in this Court against a variety of individuals over the years, many of which have been dismissed as frivolous or for failure to state a claim for relief, including some that were addressed by this Court on December 22, 2014. *See, e.g., Tucker v. Monrue*, No. 13-885, ECF. No. 102 (D.N.J. filed Dec. 22, 2014). In that Order, the Court reminded Plaintiff of the Court's standing order, issued on November 13, 2002, that Plaintiff may not file any pleadings with the Court unless Plaintiff either (1) pays the required docketing fee, or (2) obtains leave of Court before filing or attempting to file any civil action in this Court. *See Tucker v. Walsh*, No. 02-4667, ECF No. 3 (D.N.J. filed Nov. 14, 2002). Here, Plaintiff has not paid the required docketing fee nor obtained leave of Court to file the Complaint.

**IT IS** therefore on this 31st day of March, 2015,

**ORDERED** that the Clerk of the Court shall administratively terminate this case for Petitioner's failure to pay the requisite filing fee of $400; it is further

1

**ORDERED** that if Plaintiff wishes to reopen this case, he shall so notify the Court, in writing addressed to the Clerk of the Court, Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Newark, NJ 071018, within 30 days of the date of entry of this Order; Plaintiff's writing shall include the $400 filing fee; and it is further

**ORDERED** that the Clerk of the Court shall serve a copy of this Order upon Petitioner by regular U.S. mail, and close this case accordingly.

_____
Claire C. Cecchi
United States District Judge